UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RAYMOND LANE, #143051**

    Petitioner,

                            Civil No: 06-11755
                            Honorable John Corbett O'Meara
                            Magistrate R. Steven Whalen

v.

**WARDEN RAYMOND BOOKER**,

    Respondent.
_____

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus **[Doc. #1-1]**, and in accordance with the Opinion and Order summarily dismissing the Petition for Writ of Habeas Corpus entered on April ___17___, 2006,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus **[Doc. #1-1, filed April 12, 2006]** is **DISMISSED WITHOUT PREJUDICE.**

                                                      DAVID WEAVER
                                                      CLERK OF THE COURT

                                                      BY: _s/Denise Goodine
                                                         DEPUTY CLERK

APPROVED:

_s/John Corbett O'Meara_____
HONORABLE JOHN CORBETT O'MEARA
UNITED STATES DISTRICT COURT


Dated: April 17, 2006